IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gash Jr, Robert E                                    Case Number: 07 B 00625
                                                                Judge: Goldgar, A. Benjamin
Printed: 8/28/07                                                Filed: 1/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  July 25, 2007
Confirmed:  March 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,317.00 |  |
| Secured: |  | 1,104.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,087.44 |
| Trustee Fee: |  | 125.12 |
| Other Funds: |  | 0.00 |
| Totals: | 2,317.00 | 2,317.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,300.00 | 1,087.44 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Bank Of New York | Secured | 0.00 | 0.00 |
| 5. | General Motors Acceptance Corp | Secured | 1,104.44 | 1,104.44 |
| 6. | Bank Of New York | Secured | 19,484.41 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 175.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 8,209.97 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 4,585.92 | 0.00 |
| 10. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 11. | CB USA Sears | Unsecured |  | No Claim Filed |
| 12. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
| 13. | HSBC Bank USA | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 34,859.74 | $ 2,191.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 125.12 |
|  | _____ |
|  | $ 125.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gash Jr, Robert E | Case Number:  07 B 00625 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  8/28/07 | Filed:  1/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                                Marilyn O. Marshall, Trustee, by:

                                                *Denise Ashley*